**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| HOUGHTON CHEMICAL CORPORATION, | ) | |
| Plaintiff, | ) | Civil Act. No. 1:26-cv-03735-LAP |
| v. | ) | |
| LIQUITHERM, INC., | ) | |
| LIQUITHERM TECHNOLOGIES GROUP | ) | |
| LIMITED | ) | |
| Defendants | ) | |
| | ) | |

**ORDER OF DISMISSAL**

Pursuant to the Parties' stipulation and for good cause appearing therefor, it is hereby SO ORDERED that all claims in the above-referenced case are hereby DISMISSED WITH PREJUDICE, each side to bear its own costs and attorney's fees.

SO ORDERED, on September 3, 2026

Loretta A. Preska
Loretta A. Preska,
United States District Judge